UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X Index No. 2:16-cv-6292 JFB
MICHAEL W SCHOOLMAN,

                            Plaintiff,

      -against-                   **ANSWER**

FORSTER & GARBUS LLP,

                           Defendants.
------------------------------------------------------------X

      Defendant, Forster & Garbus LLP, by its attorneys, MICHAEL L. KOHL, P.C., as and for its Answer to the Complaint of MICHAEL W SCHOOLMAN, sets forth the following:

      FIRST: Admits the allegations contained in paragraphs "1", "2", "3", "4", "5", "6", "7", "8", "10", "11", "12", "15", "16", "22" and "23.

      SECOND: Denies the allegations contained in paragraphs "13", "14", "17", "419", "20", "24", "25", "26", "27", "29" and "30".

      FOURTH: With regard to the allegations in paragraph "9", defendant FORSTER & GARBUS LLP admits that the case was captioned "DISTRICT COURT OF THE STATE OF NEW YORK, COUNTY OF SUFFOLK, 1ST DISTRICT BABYLON but denies that the court is "non-existent" and denies that there is anything improper about the caption appearing on the Summons and Complaint.

      FIFTH: The District Court Act allows the filing of an action in the First District Court against any resident of the five Suffolk towns covered by Uniform District Court Act. By Order of the Supervising Judge of the Suffolk County District Court dated March 24, 2011 the Second District Court was

designated as a proper filing place for any action intended to be commenced in the First District Court.

WHEREFORE, defendant FORSTER & GARBUS LLP demands judgment dismissing the within lawsuit.

Dated:   Bohemia, New York
         December 22, 2016

Yours, etc.

MICHAEL L. KOHL, P.C.

BY: _____
MICHAEL L. KOHL, ESQ.
Attorneys for Defendant
FORSTER & GARBUS LLP
34 Eagle Circle
Bohemia, New York 11716
(631) 219-1810

TO:  Murtha Law Group LLC
     Attorneys for Plaintiff
     4940 Merrick Road #102
     Massapequa Park, NY 11762
     631-721-3396

Index No. 2:16-cv-6292 JFB

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MICHAEL W. SCHOOLMAN,

                                                  Plaintiff,

-against-

FORSTER & GARBUS LLP

                                                 Defendants.

---

ANSWER

---

**MICHAEL L. KOHL, P.C.**
Attorneys for Defendants
Office and Post Office Address, Telephone
**34 Eagle Circle
Bohemia, NY 11716
(631) 219-1810**

---

Signature (Rule 130-1.1a)

_____
MICHAEL L. KOHL

---

To
Attorneys) for

Service of a copy of the within                              is hereby admitted.
Dated,

_____
Attorney(s) for

---

Please take notice
[ ] NOTICE OF ENTRY
that the within is a true copy of an
duly entered in the office of the clerk of the within named court on
[ ] NOTICE OF SETTLEMENT
that an order                  of which the within is a true copy will be presented for
settlement to the HON.         one of the judges
of the within named court, at
on                       at               M.
Dated,                                      Yours, etc.
                                      **MICHAEL L. KOHL, P.C.**
TO                                    Attorneys for Defendant
                                   Office and Post Office Address
                                   34 Eagle Circle
                                   Bohemia, NY 11716